| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MEGHANN A. TRIPLETT (SBN 268005)<br>Meghann@MarguliesFaithLaw.com<br>JONATHAN SERRANO (SBN 333225)<br>Jonathan@MarguliesFaithLaw.com<br>MARGULIES FAITH LLP<br>16030 Ventura Boulevard, Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Jeremy W. Faith, CH 11 Plan Fiduciary | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| In re:<br>NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC.,<br><br>Debtor(s). | CASE NO.:    1:22-bk-11181-MB<br><br>ADVERSARY NO.:   1:24-ap-01051-MB<br><br>CHAPTER:    11 |
|---|---|
| JEREMY W. FAITH, Chapter 11 Plan Fiduciary,<br><br>Plaintiff(s).<br>vs.<br>Wayneston Harbeson<br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    10/23/2025<br>TIME:    1:30 p.m.<br>COURTROOM:    303<br>ADDRESS:    21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

| | | Yes | No |
|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ | ☐ |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☐ | ☒ |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☐ | ☒ |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☒ | ☐ |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* | Page 1 | **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   See section G below.

B. **READINESS FOR TRIAL**:

1. When will you be ready for trial in this case?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | April 2026 | April 2026 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | pre-trial motions | explore settlement discussions while keeping the costs of doing so low; assuming settlement is not reached; pretrial motion and discovery motion practice |

3. When do you expect to complete <u>your</u> discovery efforts?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | February 2026 | February 2026 |

4. What additional discovery do you require to prepare for trial?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | written discovery and depositions | written discovery and depositions |

C. **TRIAL TIME**:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Estimated 1 day | One day |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | unknown at this time | unknown |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 2                                        **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| unknown at this time | Unknown |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is  ☐ is not  requested | Pretrial conference ☒ is  ☐ is not  requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 03/26/2026 | (date) 03/26/2026 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties are continuing to engage in good-faith settlement discussions, which we expect to be successful with more time.  See Section G.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 3                              **F 7016-1.STATUS.REPORT**

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (Use additional page if necessary)

The parties believe a resolution is highly likely with a further period for negotiation, and respectfully request a further 60 day continuance of the status conference hearing to minimize litigation costs and allow the parties to finalize their settlement negotiations.

Respectfully submitted,

Date: 10/17/2025

MARGULIES FAITH, LLP
Printed name of law firm

/s/ Meghann A. Triplett
Signature

Meghann A. Triplett
Printed name

Attorney for: Plaintiff, Jeremy W. Faith, Ch11 Plan F

Date: 10/17/2025

NEVADA BANKRUPTCY ATTORNEYS, LLC
Printed name of law firm

[signature]
Signature

Matthew I. Knepper
Printed name

Attorney for: Defendant, Wayneston Harbeson

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/17/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/17/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Service on Judge not required per Judge Barash's Procedures re: Serving Judge's Copy of Documents (Rev. 1/8/24).

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/17/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVED VIA EMAIL
ATTORNEY FOR DEFENDANT: Matthew Knepper - mknepper@nvbankruptcyattorneys.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2025 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 5                          F 7016-1.STATUS.REPORT

## ADDITIONAL SERVICE LIST (if needed):

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Samuel Mushegh Boyamian on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
samuel@marguliesfaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**John-Patrick McGinnis Fritz (TR)**
jpftrustee@lnbyg.com, jpf@trustesolutions.net

**Jonathan Serrano on behalf of Interested Party Courtesy NEF**
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

**Meghann A Triplett on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
Meghann@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE